In re:             Case No. 23-11918-mdc
Zoe Cousins           Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 20, 2023     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zoe Cousins, 944 E. Johnson Street, Apt. B-206, Philadelphia, PA 19138-3217 |
| 14794891 | | FREEDOM CREDIT UNION, ARSENAL BUS CENTER, PHILADELPHIA, PA 19137 |
| 14794919 | + | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Oct 21 2023 04:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14794877 | + Email/PDF: bncnotices@becket-lee.com | Oct 21 2023 01:06:15 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14794879 | + Email/PDF: bncnotices@becket-lee.com | Oct 21 2023 00:54:05 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14794882 | + EDI: CITICORP.COM | Oct 21 2023 04:40:00 | CITI CARD/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14794881 | + EDI: CITICORP.COM | Oct 21 2023 04:40:00 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14794884 | + EDI: CITICORP.COM | Oct 21 2023 04:40:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14794883 | + EDI: CITICORP.COM | Oct 21 2023 04:40:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14794886 | + EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY/CARTER, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14794885 | + EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY/CARTER, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14794887 | + EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14794888 | + EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY/MPRC, PO BOX 182120, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | COLUMBUS, OH 43218-2120 |
| 14794890 | + | EDI: DISCOVER.COM | Oct 21 2023 04:39:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14794889 | + | EDI: DISCOVER.COM | Oct 21 2023 04:39:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14794892 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 21 2023 00:48:00 | FREEDOM CREDIT UNION, ATTN: BANKRUPTCY, 626 JACKSONVILLE ROAD, SUITE 250, WARMINSTER, PA 18974-4862 |
| 14794894 | + | Email/Text: EBNBKNOT@ford.com | Oct 21 2023 00:49:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 14794895 | ^ | MEBN | Oct 21 2023 00:39:20 | KIA MOTORS FINANCE, 10550 TALBERT AVE, FOUNTAIN VALLEY, CA 92708-6031 |
| 14794896 | ^ | MEBN | Oct 21 2023 00:39:17 | KIA Motors Finance, 4000 Macarthur Blvd, Newport Beach, CA 92660-2507 |
| 14794897 | | Email/Text: EBN@Mohela.com | Oct 21 2023 00:47:00 | MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794914 | + | Email/Text: bankruptcynotices@psecu.com | Oct 21 2023 00:49:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14794924 | + | EDI: WTRRNBANK.COM | Oct 21 2023 04:40:00 | TARGET NB, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14794878 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14794880 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14794893 | * | FREEDOM CREDIT UNION, ARSENAL BUS CENTER, PHILADELPHIA, PA 19137 |
| 14794898 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794899 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794900 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794901 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794902 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794903 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794904 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794905 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794906 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794907 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794908 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794909 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794910 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794911 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794912 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |

| | | |
|---|---|---|
| 14794913 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14794915 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14794916 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14794917 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14794918 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14794920 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14794921 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14794922 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14794923 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |

TOTAL: 0 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Zoe Cousins bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Zoe Cousins<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7803<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–11918–mdc | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zoe Cousins

10/19/23

**By the court:** Magdeline D. Coleman
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**